*Wednesday, January 17, 2001*

## MERIT DOCKET

**00–1494. PPG Industries, Inc. v. Zaino.**
Board of Tax Appeals, No. 97–A–91. On joint motion to affirm decision and order of the Board of Tax Appeals. Motion granted.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–1508. Payphone Assn. of Ohio v. Pub. Util. Comm.**
Public Utilities Commission, No. 93–487–TP–ALT. On motion for leave to intervene by Ameritech Ohio. Motion granted.

DOUGLAS and RESNICK, JJ., would deny the motion as moot.

On motion to dismiss by Public Utilities Commission of Ohio. Motion granted and cause dismissed. PFEIFER and LUNDBERG STRATTON, JJ., dissent.

On motion for access to entire record including confidential document. Motion denied as moot. PFEIFER and LUNDBERG STRATTON, JJ., would grant access subject to confidentiality.

**00–1673. State ex rel. Sherrills v. Ohio Adult Parole Auth.**
Franklin App. No. 99AP–1295. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–1946. State ex rel. Dunning v. Cleary.**
In Procedendo. On answer of respondent. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–1950. Springs v. Seventh Dist. Court of Appeals.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.